IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TERRANCE D. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-156 |
| | ) | |
| JARED T. WILLIAMS, District Attorney; | ) | |
| FOOZAN MONGA, Investigator; | ) | |
| JESSE C. STONE, Superior Court Judge; | ) | |
| STATE OF GEORGIA; and | ) | |
| RICHMOND COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and

**CLOSES** this civil action.

SO ORDERED this _____5th_____ day of February, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA