AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TERRANCE D. SMITH,

Plaintiff.

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 125-156

JARED T. WILLIAMS, District Attorney;
FOOZAN MONGA, Investigator;
JESSE C. STONE, Superior Court Judge;
STATE OF GEORGIA; and
RICHMOND COUNTY, GEORGIA,

Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated February 5, 2026, the Report and

Recommendations of the U.S. Magistrate Judge is adopted as the opinion of this Court. Plaintiff's

case is dismissed for failure to state a claim upon which relief may be granted. This case stands

closed.



February 5, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*James R. Bunell*
_____
*(By) Deputy Clerk*

GAS Rev 10/2020